BLUTE, Respondent, v. FELLOWES, Appellant. (Supreme Court, Appellate Division,

Third Department. May 16, 1911.) Action by James Blute against Cornelius C. Fellowes. No opinion. Motion for reargument denied. For former opinion, see 128 N. Y. Supp. 18.